**Order entered June 10, 2021**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-21-00309-CV

**BROOKS BRAZDA, Appellant**

**V.**

**SURETEC INSURANCE COMPANY, Appellee**

**On Appeal from the Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 413348-402**

## ORDER

Before the Court is appellant's unopposed motion for extension of time to file his brief on the merits. We note that, by letter dated May 19, 2021, the Court questioned its jurisdiction over this appeal and whether the appeal could proceed in light of a notice of automatic stay included in the clerk's record. At the time, the reporter's record was not yet due. The Court suspended the deadline for filing the reporter's record and requested letter briefing from the parties. Appellant has filed his letter brief; appellee's letter brief is not yet due.

The reporter's record has not been filed, but it appears from appellant's extension motion that a record will not be filed and the deadline for appellant's brief was triggered by the filing of the clerk's record.  *See* TEX. R. APP. P. 38.6(a). Accordingly, we **GRANT** the extension motion to the extent that we **SUSPEND** the deadline for the filing of appellant's brief on the merits pending our determination of whether the appeal may proceed.

/s/ CRAIG SMITH
   JUSTICE